01-15-851-CV



## John D. Kinard

### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

October 08, 2015

First Court of Appeals
Christopher A Prine, Clerk of Court
301 Fannin 2nd floor
Houston, TX 77002-2066

### NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No. **14-CV-0609**, Styled **I.B. Henderson, ET AL vs. Financial Freedom Senior Funding Corporation-** Filed in **56th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the 1st Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: **October 02, 2015**
Notice of Appeal: **October 07, 2015**
Motion for New Trial filed: **None**
Request for Finding of Facts and Conclusions of Law filed: **None**
Trial Judge: **Lonnie Cox**
Court Reporter: **Dale Lee**

**Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record.** Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
**District Clerk**
**Galveston County, Texas**

By: /s/  Shailja Dixit, Deputy
    *600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to

I.B. Henderson, Pro Se
10427 Artesia Blvd., Apt 319
Bellflower, CA 90706

Mildred Henderson, Pro Se
10427 Artesia Blvd., Apt 319
Bellflower, CA 90706

Mark Trimble, Pro Se
1608 Alaska Ave
League City, Texas 77573

Financial Freedom Senior Funding Corporation
Registered Agent, CT Corporation System
1999 Bryan St., Suite 900
Dallas, TX 75201

Dale Lee, Court Reporter
Hand-Delivered

Filed: 10/7/2015 4:45:28 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 7278541
By: Shailja Dixit
10/8/2015 8:19:59 AM

Cause No _14-CV-0609_____

| | | |
|---|---|---|
| I.B. HENDERSON AND MILDRED HENDERSON, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | GALVESTON COUNTY, TEXAS |
| FINANCIAL FREEDOM SENIOR FUNDING CORPORATION, A SUBSIDIARY OF INDYMAC BANK, FSB | § § § § § | |
| Defendants. | § | 56th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Trial Court:  56TH Judicial Court of Galveston County, Texas

Cause:  14-CV-0609, I. B. Henderson et al. v. Financial Freedom Senior Funding

Corporation, a subsidiary of IndyMac bank, FSB

Date:  Order signed October 2, 2015

Party:  Interested party and assignee for I. B. and Mildred

Henderson desires to appeal

Appeals Court:  Either the First or Fourteenth Court of Appeals

Party Name:  Mark Trimble

Respectfully submitted,

/s/ Mark Trimble
Mark Trimble, Assignee for
Plaintiffs I. B. Henderson and
Mildred Henderson
1608 Alaska Ave

League City Texas 77573
409-256-1019 (phone)
409-877-1368 (fax)
markctrimble@ymail.com

Certificate of Service

I certify that a true and accurate copy of the foregoing document was served via fax on the 5 day October 2015 addressed to the following:

Financial Freedom                                  /s/ Mark Trimble
PO Box 85400
Mailstop FF-01
Austin TX 78708
Fax:  800-865-1256